SO ORDERED.

Dated: April 13, 2010

_____
**CHARLES G. CASE, II**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-03626

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>James Joseph O'Connor and Linda Diane O'Connor<br>     Debtors.<br>_____<br>US Bank Natl. Assoc., as Trustee for Bear Stearns Asset Backed Securities, 2006-AC1<br>     Movant,<br>     vs.<br><br>James Joseph O'Connor and Linda Diane O'Connor, Debtors; Dale D. Ulrich, Trustee.<br><br>     Respondents. | No. 2:10-bk-02842-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #10)<br><br>Hearing Date: March 23, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated **effective April 30, 2010** as to Movant with respect to that certain real property which is subject of a Deed of Trust dated October 25, 2005, and recorded in the office of the Maricopa County Recorder wherein US Bank Natl. Assoc., as Trustee for Bear Stearns Asset Backed Securities, 2006-AC1 is the current beneficiary and James Joseph O'Connor and Linda Diane O'Connor

have an interest in, further described as:

Lot 6, SIERRA VISTA II, according to Book 513 of Maps, page 43, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

_____
UNITED STATES BANKRUPTCY JUDGE